IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF: | * | NO. 09-13515 |
|---|---|---|
| **SUTTON, YVETTE** | * | |
| | * | SECTION B |
| *Debtor* | * | CHAPTER 7 |

**APPLICATION FOR AUTHORITY TO ENTER INTO PRIVATE SALE**

The Trustee, Wilbur J. "Bill" Babin, Jr., with respect represents:

1.

The assets of this bankruptcy estate include the debtor's undivided former community one-half interest in a forty-nine (49%) percent membership interest in HMS Enterprises, LLC.

2.

Trustee has received an offer from Fairway Ventures, LLC to purchase debtor's one-half interest in said forty-nine (49%) percent membership interest in HMS Enterprises, LLC for a sales price of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS.

3.

The sale will be "as is, where is" with no warranty whatsoever. Said sale is to be passed before purchaser's Notary, at purchaser's cost, with no expense to the Bankruptcy Estate. To the best of Trustee's knowledge, there are no liens, claims, or encumbrances against the above-mentioned property.

4.

The property will be sold free and clear of any and all liens, claims and encumbrances. Any liens, claims and encumbrances against the debtor shall be relegated to the proceeds of the sale of said property received by the Bankruptcy Estate to be paid in accordance with the provisions of the United States Bankruptcy Code, and all liens, as they pertain to the property, shall be cancelled upon payment of the sales price.

6.

Trustee avers that the above mentioned offer is a fair and reasonable offer for said property and recommends same to this Court as being in the best interest of the Bankruptcy Estate.

**WHEREFORE,** Applicant prays that after proper notice and hearing, that this application be approved and that Trustee be allowed to accept from Fairway Ventures, LLC its assignee or designee or higher bidder the payment of ONE THOUSAND FIVE HUNDRED AND NO/100 ($1,500.00) DOLLARS to purchase debtor's one-half interest in a forty-nine (49%) percent membership interest in HMS Enterprises, LLC and that trustee be authorized to execute any and all documents necessary to effect said sale under the terms and conditions set forth herein.

And for all general and equitable relief as the nature of the case may permit.

RESPECTFULLY SUBMITTED:

*/s/ Wilbur J. "Bill" Babin, Jr.*
WILBUR J. "BILL" BABIN, JR. (1214)
TRUSTEE
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 837-1230
Telecopier: (504) 832-0324